### ETHERIDGE *vs.* MIDDLETON.

May Term, New Castle County, 1893.

**Judgment. Justice of the Peace.**—A judgment by a Justice of the Peace will be reversed where it is not for a sum certain.

*Certiorari* to Justice William H. Smith, of New Castle County.

The record showed that it was an action of assumpsit for goods sold and delivered, the demand being $86.83, and that the Justice entered judgment as follows : " I give judgment against the defendant and in favor of the plaintiff in the sum of $86.83 with interest and $2.30 cost."

The Court reversed the judgment below upon the exception that it " was not for a sum certain."

*Harry Emmons*, for plaintiff.

*Charles B. Evans*, for defendant.